UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| CAROLINE SHAFFER, a single person,<br><br>Plaintiff,<br><br>vs.<br><br>STILLWATER PROPERTY AND CASUALTY INSURANCE COMPANY, a foreign corporation,<br><br>Defendant. | No. 1:16-cv-02281-CL<br><br>**STIPULATED ORDER OF DISMISSAL** |

## ORDER OF DISMISSAL

THIS MATTER having come before the Court upon the Stipulation of the Parties, and the Court having reviewed the Stipulation and finding good cause, it is hereby

ORDERED, ADJUDGED, AND DECREED that all claims between Plaintiff and Defendant are hereby dismissed in their entirety with prejudice and without fees or costs against any party.

Dated this 24 of April, 2017.

_____
MARK D. CLARKE
United States Magistrate Judge

STIPULATED ORDER OF DISMISSAL - 1